```
                                                    UNITED STATES
                                                 JUDICIAL PANEL ON
                                              MULTIDISTRICT LITIGATION
```

**Apr 07, 2010**

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FILED**
**CLERK'S OFFICE**

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION                    MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-30)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008).  Since that time, 251 additional actions have been transferred to the Southern District of West Virginia.  With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia.  The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**                MDL No. 1968

## SCHEDULE CTO-30 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

**FLORIDA MIDDLE**
  FLM   8    10-592           Shirley Hedberg v. Actavis Group hf, et al.
  FLM   8    10-593           Joan Kennicutt v. Actavis Group hf, et al.

**ILLINOIS NORTHERN**
  ILN   1    09-7525          Robert Fry, et al. v. Actavis Group hf, et al.

**NEW YORK WESTERN**
  NYW   1    10-184           Ronald Bates, etc. v. Actavis Totowa, LLC, et al.
  NYW   6    10-6089          James Griffin v. Actavis Totowa, LLC, et al.

**OHIO SOUTHERN**
  OHS   1    10-133           Reda Sturdivan v. Actavis Elizabeth, LLC, et al.
  OHS   1    10-134           Terry Scott, et al. v. Actavis Totowa, LLC, et al.
  OHS   1    10-135           Dale Hash v. Actavis Totowa, LLC, et al.

**TEXAS SOUTHERN**
  TXS   4    10-644           Samson Tesfasion v. Actavis Totowa, LLC, et al.